UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:10CR163-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **ORDER OF FORFEITURE** |
| v. | ) | **(MONEY JUDGMENT)** |
| | ) | |
| MIRIAM MENOSCAL | ) | |

In the Bill of Indictment in this case, the United States sought forfeiture of property pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), as proceeds of the crime charged, together with any other substitute property, which would be subject to forfeiture under § 853(p).

Defendant entered into a plea agreement; subsequently pled guilty to Count One in the Bill of Indictment; and was adjudged guilty of the offense charged in that count. In the plea agreement, defendant has agreed to forfeit property identified in the indictment, including criminal proceeds. In addition, the specific sum of $383,349.60 was transferred by wire to an account controlled by the defendants and is proceeds of the crime of which this defendant has now been convicted.

It is therefore ORDERED that the following property is forfeited to the United States for disposition according to law: **the sum of $383,349.60 in criminal proceeds**, in the form of a money judgment against the defendant for this amount.

Signed: February 1, 2012

Frank D. Whitney
United States District Judge