UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CR-163-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER GRANTING ADMISSION** |
| ) | *PRO HAC VICE* |
| MAIDA PONCE, ) | |
| ) | |
| Defendant ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 71) concerning Alexander Angueira, filed March 6, 2012. Mr. Angueira seeks to appear as counsel *pro hac vice* for Marquise's Investments, LLC, claimant & Julian L. Mesa & Julia E. Mesa, claimant.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Angueira is admitted to appear before this court *pro hac vice* on behalf of Marquise's Investments, LLC, claimant & Julian L. Mesa & Julia E. Mesa, claimant.

**SO ORDERED**.

Signed: March 7, 2012

_____
David C. Keesler
United States Magistrate Judge